Case NO. #4:15-CV-02068
Control NO. #15079259

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 09 2015

CHRISTOPHER A. PRINE
CLERK

01-14-00279-CR

This is my emergency paperwork, to all of the U.S. Federal Judge's here at:

The U.S. 1st District Court of Appeals

301 Fannin St. Houston, Texas 77002

My full name is Allen Bernard Gims, and I am incarcerated at the PoLunsky prison Unit, for a crime I didn't commit, I am charge with capitol murder, falsely and illegaly, in the death of a friend of mine, name Mr. Robert Haywood Jones, not only am I falsely and illegaly charged with his death, the Harris county State of Texas prosecutor's, they Knew that I was innocent of his death, and they ranned a fake trial on me anyway. I will break all of this down to you all, as I move farther into you all's paperwork here, all that I write to you all here, I can back it up, with evidence, and I will do so.

Where I am standing now, I wrote the U.S. Federal Judge's, and I have wrote to them, more than one time, and I have showed them, all of the things, that the state of Texas prison official's, have done to me, as of right now.

I wrote to the Judge's "our U.S. Federal" Judge's at this location here, U.S. District Clerks office P.O. Box 61010 Houston, Texas 77208-1010

# Case NO.# 4:15-CV-02068

they told me, that what I have is a civil rights claim, they have given me, my U.S. Federal case no. here # 4:15-CV-02068.

The U.S. Federal District Judge, that has been assigned to this case is Judge Lynn N. Hughes. I have filled out all of the U.S. Federal paperwork, that the U.S. Federal Court here, has sent to me.

I have to fill out, and sign the U.S. Federal paperwork, giving the U.S. Federal Judge's the authority to appoint me, a U.S. Magistrate U.S. Federal Judge, to rule onto this fake capitol murder case on me, and also to rule on me getting emergency U.S. Federal medical attention. A.S.A.P.

If I do not get emergency U.S. Federal medical attention soon, I might not be living too much longer, the high ranking State of Texas prison officials have set me up., they have a prison officer, to contaminate my body with some kind of powdery chemical substance, on August 21st 2014 on my 50th birthday. and whatever this is that they put onto my skin then, it's in my blood and it's throughout my whole body now, and it has taken a toll onto my body., I will explain to you all more about this as I move on in you all's paperwork here, right now it's important to me that I explain what is going on now, with the U.S. Federal court here.

Okay, I have filled out the consent form, giving a U.S. Federal Magistrate the right to rule on, both, my civil rights being violated and for me to get emergency U.S. Federal medical attention, and to rule on this false fake case here on me, in the Harris County Court Case No. # 1262460

I filled out the 22.54 form, the Writ of Habeas

# Case NO.#4:15-CV-02068

corpus., and also the forma pauperis, and I went this route regardless, because I 'am 100% innocent in this fake case NO.#1262460, my U.S. Federal evidence, that I was locked up at the time of Mr. Robert Haywood Jones death, of April the 17th, 2010 at 2:30 A.M. and me needing emergency U.S. Federal medical attention, A.S.A.P., this is what made me go along with the decision's of these U.S. Federal Judge's regardless. I am in need of emergency U.S. Federal medical attention.

Why I 'am writing to all of you U.S. Federal Judge's here, is because I wont all of you to step into this case on me, and the 22.54 the Habeas corpus, and also this civil rights violation, that these State of Texas official's, have imposed onto me, along with the U.S. Federal District Judge Lynn N. Hughes, and also with the U.S. Federal Magistrate Judge, whomever he or she may be onto this U.S. Federal case NO.#4:15-CV-02068.

I wont all of you all the Head U.S. Federal Judge's here at the U.S. 1st District Court of Appeals, 301 Fannin St. Houston, Texas 77002 to get, and be heavily involed in case NO.#4:15-CV-02068., as powerful as my evidence is here, to prove and show my 100% innocence here in case NO.#1262460, you all helping me with emergency U.S. Federal medical attention, is even more important, because time is'nt on my side, as far as you all helping me with emergency U.S. Federal medical attention A.S.A.P, it's been well over a year, since the prison official's put this powdery chemical substance on my skin "my "left arm" and

## Case NO. #4:15-CV-02068

it went into my pore's, and into my blood strein. I am suffering all over because of this, all over my body, I have pain in the middle of my chest, my bone's aches me all over my body, all of my finger nail's have turned white, the meat has separated from underneath, all of my finger nail's.

I can't get any help from the medical dept here or anywhere else here in the Texas prison system, the high ranking prison official's, they have me tagged, inside of the medical dept, the medical dept. namely this medical doctor name Diane Jackson, she had me to give her a sample of my blood, on a brush that she put inside of, small plastic case, to have it tested, to see what Kind of medication to give me for these sore's on my body, back in January of this year 2015, but 14 to 16 times the medical dept's, on all 3 prison unit's, that I have been on, they have been trying to get me to let them draw my blood, these high ranking prison official's, is the one's who's trying to get my blood in a pure form, "in a glass tube" so that they can use it against me, they're constantly trying to set me up within the Texas prison system, the Texas prison officials are forcing me to live in a cell with people with real serious medical problems, and 2 of them, one name Charles Allen Berry he was 81 years old, they gave him a B-12 shot, and the next day he complained, of having real serious chest pains. It was because, I wrote the U.S. Federal Court of Appeals here at P.O. Box 61010 Houston, Tx. 77208 and I wrote them about this they moved him out of the

cell with me., the high ranking prison official's, are trying to give an prison inmate the wrong shot, to put him to death, so that they can mix my DNA "My blood" with his onto his desease body, for a DNA expert to test, so that they can fake his death onto me, to falsely and illegaly fake me to death row, here on the Polunsky prison Unit. This is very real, what I'am writing to you all here., Mr. Charlie Allen Berry is 81 years old., I don't know if the B-12 shot, that they gave him, killed him or not. the State prison official's, they keep on forcing me to be in a cell with someone, that is real sick, or they wonts to lock me up, if I wont live inside of the cell with them., they're trying so so hard to secretly put a inmate to death, and to try to secretly fake that inmate, that they kill death onto me.

The Harris County Courtroom official's, the TX. prosecutor's over the Harris Co. Courtroom NO. #176., they're secretly forcing the State of Texas prison official's, to try to put me to death from whatever this chemical substance, that they put onto my skin, or fake me to death row, anyway it goes, they wont me dead, so that they can try to cover up this fake false conviction, that they put on me. I wont to show all of you U.S. Federal Judge's, what this is all about here.

On March 27th 2010, I was walking home from the store, all of this happened on the SE side of Houston, Texas. the store is located on Bellfort + Nunn St., as I made it to the next block, south bound of Bellfort + Nunn St., I don't know

the name of the next street that crosses Nunn street, but on that very corner these 2 guy's, then I only knew that their names was Kevin and Johnny, they jumpped me and they brutilly beat me up, with 2, 2×4 sticks, and they robbed me. both Johnny and Kevin lived in this mans backyard, inside of a homemade wooden toolshed.

My elderly friend name Mr. Robert Haywood Jones, lived about 3 streets over from where Johnny and Kevin lived in this mans backyard. Mr. Jones lived on Hefferman St., off of BellFort St., he lived inside of a Mechanic shop, on this street my himself, meaning he was the only one who lived on his street. Mr. Robert Jones weakness was buying sex from prostatutes, everyone knew this because for year's and years, everyone would see prostatute's, black, white, and mexican's, prostatutes going to his mechanic shop, we all knew that, that's where they was going, because he was the only one who lived on his street, this black female name Faye, now I've found out that her full name is Shirley Faye Thompson, she was the one who set up Mr. Robert H. Jones to be killed, this Johnny which now I know that his name is Johnny BeechcAmp, he was the Mastermind in Mr. Robert Haywood Jones death. Faye and Kevin was real scared of Johnny, and when I would walk home from the store sometimes, I would hear this Johnny talk to them real bad, anyway it could've happened no other way, for Mr. Robert H. Jones to have lost his life, other than for a prostatute to have tricked

## Case NO. #4:15-CV-02068

him into opening up his door, Johnny and Kevin used this prostatute, who Mr. Robert H. Jones Knew, to trick him into opening up his door, so that they could Kill and rob him, this is what happened and this is the GOD honest truth, 3 weeks after Johnny & Kevin robbed me, and brutilly beat me up, on April the 17th 2010 at 2:30 A.M. the both of them along with this Shirley Faye Thompson, the 3 of them set up and Killed my elderly friend Mr. Robert Haywood Jones, from the day that they set up and Killed him, April the 17th 2010 at 2:30 A.M., from about 9 A.M. of that morning all the way to the next month of May 6th, 2010, this Faye, Johnny and Kevin tried to fool Mr. Robert Haywood Jones family & friends, into Killing me, they was trying to Kill 2 birds with one stone on me, by trying to cover up the death of Mr. Robert Haywood Jones onto me, and by trying to get me Killed, because Johnny and Kevin was worried about me getting them back for the both of them brutilly beating me up, and robbing me, but GOD had been told me in my spirit, to let it go, and for me to give it to Him, so that is what I did. Johnny & Kevin found out where I lived and they mislead the Houston homicide detetives onto me, on May 6 2010 a Sgt. Howard and his partner came to my house, I live a 6410 BellDART St., Sgt. Howard told me that he needed to talk to me, about the death of Mr. Robert Haywood Jones, he asked me could he bring me to homicide to questioned me., I told Sgt. Howard, that the one's who sent him to me,

Faye, Johnny + Kevin, they're the one's, who is the causen of Mr. Robert Haywood Jones death, so I went to homicide with Sgt. Howard and his partner, I was so so eager to let them know that they was fooled onto me, by Faye Johnny + Kevin. but this Faye Johnny and Kevin, Mr. Jones real Killer's they tricked the houston homicide detective's onto me so tough., that they did'nt believe none of the truth that I was telling them., Sgt. Howard took me home and he had asked me could he bring me back to homicide, on that following Monday, which was May 10th 2010 to take a lie detective test, I agreed., I was trying to prove to them so so hard, that I was innocent in the death of Mr. Robert H. Jones., after the lie detective test, I tried to leave, and about 12 to 14 houston homicide detective's, blocked me off from being able to leave, they scared me have to death., this Sgt. name Cisneros he told me that, the only way that they was going to let me leave, was that I had to give him something, there was so so much tention, that they did'nt even read to me my U.S. Federal Miranda warning rights., not no nothing of my Miranda U.S. Federal rights was given to me., they scared me and I tried to make my lie to them, as weak as I could., I said that I hint him with a stick., the houston homicide detective's, went and got a blue warrant for my arrest, with a illegaly made audio disc., that I was'nt read my U.S. Federal Miranda warning rights with., they took me back home and dropped me off, then they had a H.P.D. swat team to arrest me, and I was falsely and illegaly charged with the death of Mr. Robert Haywood Jones, from

May 10th, 2010 the day of my false arrest, all the way to Dec. 31st 2012, Judge Shawna L. Reigan was my Judge, in the Harris Co. judicial court-room No.176

Judge Shawna L. Reigan, lost her seat to Judge Stacey Bond in the 2012 run-off.

But around the early part of 2012, Judge Shawna L. Reigan, she told me in open court, in her own words she said to me, "if you just take your time and think - you might be able to come up with something, real real powerful that can defend you."

I caught on to Judge Shawna L. Reigans hint to me, that I was in jail and inside of the U.S. Federal AFIS data base, at the time of Mr. Robert Haywood Jones death, of April the 17th 2010 at 2:30 A.M.

Mr. Robert Haywood Jones, was alive all the way up to 3 full day's, after I went into the U.S. Federal AFIS data base, and he was dead by 12 to 14 hours, before I Allen B. Gims was ever released, out of the U.S. Federal AFIS data base.

I was released out of the U.S. Federal AFIS data base, on April the 17th 2010, between 2:30 and 4:30 P.M., in the evening time. Mr. Jones was killed between 12 to 14 hrs. before I was ever released., so once I went back to court and I told Judge Shawna L. Reigan this, she told me that's between you and your Daddy, I am not going to get in the middle of that., on July 19th 2013

I meet the new Judge, Judge Stacey Bond, and I did an open court demonstration of my innocence, I told her "Ma'am, I know the death of Mr. Robert Haywood Jones was, April the 17th, 2010 at 2:30 A.M., and that I can prove my 100% innocence, here in this court room right now. She asked me to do so, I told her that if she put my F.B.I., my D.A.'s Log No into the court room's computer right now, it would prove and show that Mr. Robert Haywood Jones was alive, by all the way up to 3 days after I was already inside of the U.S. federal data base, and that he was dead, by up to 12 to 14 hrs, before I was even released out of the U.S. Federal AFIS data base, by way of my right thumber-print, and that this clearly shows and proves my 100% innocence here, in the death of Mr. Robert H. Jones.

Judge Stacey Bond, didn't want to have no parts of taking me to trial, because she checked out what I told her, and she found it to be true, and 7½ mos. later, the State prosecutor's falsely and illegally, took me to trial, in the Harris Co. over flow court room No. 993, anyway, when they already knew that I am innocent, in the death of Mr. Robert Haywood Jones.

This why I am asking and I am praying, of U.S. Federal Judge's, to back up this U.S. Federal Magistate Judge, whom ever he or she may be, my body is the evidence, through you all ordering blood work to be done on me, A.S.A.P., will show and prove what is this that the State of Texas prison official's, have put on me, that is in my body now, and it is killing me, even as of now,

I Allen Bernard Gims, I declare under United States perjury, to all of the U.S. Federal Judge's, at the U.S. 1st District Court of Appeals,
**301** Fannin Street
Houston, Texas          77002

That I Allen Bernard Gims, my body has been contaminated with some kind of powdery substance on August 21st 2014, on my 50th birthday by the Texas prison official's, and this was intentionally put onto me, because I Allen B. Gims was locked up, and inside of the **U.S. Federal AFIS** data base, when this crime happened on April the 17th 2010 at 2:30 A.M., I Allen B. Gims, I am charged with capitol murder, in the death of **Mr. Robert Haywood Jones,** his time of death was April the 17th 2010 at **2:30AM.** AFIS stands for **Automatic Fingerprint Identification System.** AFIS is owned by you all, the **U.S. Federal bureau of Investigations,** if you all do not help me with emergency U.S. Federal medical attention soon A.S.A.P., I may not be living too much longer, because whatever this is on me, it is taking it's toll onto my body. This Harris county court case no. is
#1262460

*Allen B. Gims*

12/18    Case NO. #4:15-CV-02068

This is the law, and with this being the law of the Texas criminal procedure, we know that this automatically has to be the law of our U.S. Federal Constitution.

Tex. Crim. App. 2008 An application for a writ of habeas corpus must state a claim that, if true, would entitle the applicant to habeas corpus relief, and the claim must challenge the judgment against the applicant's conviction, or seek to change his sentence.

(Per Meyers, J, with three Judge's joining and two Judge's concurring.) EX parte Alba, 256 S.W. 3d 682.

I ALLen Bernard Gims, I was locked up at the time of Mr. Robert Haywood Jones death, of April the 17th 2010 at 2:30 A.M. by 3 days before this time, at this time, and by at least 12 to 14 hours after the time, of the death of Mr. Robert Haywood Jones, of April the 17th 2010 at 2:30 A.M.

I ALLen Bernard Gims, I did a open Court demonstration of my innocence, in this case of #1262460 in the harris county Court No. 176 to Judge Stacey Bond on July the 19th 2013. I told Judge Stacey Bond, that if she put my F.B.I. DA'S Log No. into the State Court computor, it will show that I was inside of the U.S. Federal data base on April 17th 2010 at 2:30 A.M., 7½ mos. later the State took me to trial.

# Case NO. #4:15-CV-02068

When all of the state of Texas prosecutor's, and state courtroom official's, Knew that I was inside of the **U.S. Federal** AFIS data base by my right thumbprint, at the time of the death of Mr. Robert Haywood Jones, of April the 17th, 2010 at 2:30 A.M., and now from the State of Texas courtroom official's, to their counter parts the State of Texas prison official's, they've inside of a State of Texas Conspiracy plot together, to put me to death, or to try to fake me to death row, which ever one that they can try to get first, so that they can try to Cover up their Corruption unto me, they wont me dead by all means, and it is because they Know that they convicted me falsely and illegaly, it was the first Judge of the Harris Co. Courtroom No #176 on this case no. #1262460 Judge Shawna L. Reigan, that gave me a hint of my innocence, when she told me in her very own words "You might be able to come up with something real powerful that can defend you, if you just take the time and think," and once I found out what she was giving me a hint on, I came back to court and told her, that ~~I~~ **I** Allen Bernard Gims, was locked up for misdeameanor ticket's at the time of Mr. Robert Haywood Jones death, of April the 17th 2010 at 2:30 A.M., and her open court reply to me was, in her very own words "that's between you and your atty" - I am not going to get into that, all of the State official's, the atty's in all, intentionally covered up the death of Mr. Robert Haywood Jones onto me, when they all Knew that I was inside of the **U.S. Federal AFIS**

data base, at the time of Mr. Robert H. Jones death, this fake trial on me was from March 3rd 2014 to March 7th 2014. the DNA/Forensic expert took the wittness stand, in this trial on me, and she cleared me on DNA. but the houston homicide detective's, was trying to secretly get my DNA, by way of my blood, 181 times before trial, so that they could plant it for the DNA/Forensic expert to be able to show that she has my DNA, pertaining to Mr. Robert Hayward Jones death, but I seen through the houston homicide detectives plans, to try and set me up, now that the State has falsely and illegaly convicted me, in the death of Mr. Robert Hayward Jones, their counter part's the high ranking State of Texas prison official's here, they're trying to put me to death, with whatever this is that they put on me, or fake me to death row., they're still trying to find someone else to give a death shot. "A B-12 Shot to try to fake their death onto me., I have also lasted for an emergency U.S. Federal in-juction. I 'am sick now from whatever this is that they put on me, plus they're trying to still set me up in other ways., I 'am asking to atleast be placed inside of U.S. Federal custody, while my innocence is being proven. although the evidence between my April 2010 U.S. Federal HIS report, and the time of Mr. Robert H. Jones of April the 17th 2010 at 2:30 A.M, shows and proves my 100% innocence in his death instantly. I 'am still trusting in GOD, through all of this.

I wont to write this down, and share this with all of U.S. Federal Judge's, because this touches me on the inside and this hurts my heart, before each and every 911 call, the F.B.I. has it set up, as to where it automactilly digitally records, the time of each and every 911 call being made.

Mr. Robert Haywood Jones son, name Juan Jones took the wittness stand, in this fake capitol murder trial on me, and he was the first responder, he was the first one to find his father dead., the time that he found his father dead was April the 17th, 2010 at 9:04 A.M., the State prosecutor's played back his 911 call, there was a lady, on the digitilly recorded phone call, at the beganning of the phone call, she said "the day is April the 17th, 2010 and the time is 9:04 A.M., then Juan Jones call comes in "he hollowing on the phone, to the 911 operater "I think my daddy is dead, there's blood everywhere! some body please help me-please!" these real big speaker's was bassing aill of these 911 calls out loud in the courtroom, and Mr. Robert Haywood Jones son and his sister was there in court crying out loud, and the jury was looking at me, as if they thought that I was guilty, all of the State prosecutor's knew that I Allen B. Gims, was locked up and inside of the U.S. Federal AFIS data base, by way of my right thumbprint at the time of Mr. Robert Haywood Jones death, of April the 17th, 2010 at 2:30 A.M., and the State prosecutor's knew that on April the 17th, 2010 at 9:04 A.M. when Mr. Robert Haywood Jones Son, Juan Jones dialed 911, they "the prosecutor's knew that I was locked up., I wont all of you U.S.

Federal Judge's, to put you all's self, in the place of Mr. Robert Haywood Jones family., someone took the life of one of you all's love one's, and the houston homicide detective's have illegaly and falsely charged a innocent person, in the death of one of you all's love one., and the State of Texas prosecutor's, have taken a innocent person to tried that they knew was innocent., and the prosecutor's have fooled one of you U.S. Federal Judge's into thinking that justice was served, in the death of one of you all's love one's., when in fact a innocent person "such as me" has been fooled onto you all, then to top it all off the high ranking State of Texas prison official's, is trying to put to death, the innocent person, that they have fooled you all with, to try to cover up their corruption.

The DNA/Forensic expert took the witness stand and she said that there's another male's DNA on Mr. Robert Haywood Jones wallet, and she said that it's not mines or his. The State prosecutor's already knew that it was Johnny DNA on Mr. Robert Haywood Jones wallet.

I took the witness stand, and I told the jury that I Allen Bernard Gims, was locked up and inside of, the U.S. Federal AFIS data base when Mr. Robert Haywood Jones was killed, April the 17th, 2010 at 2:30 A.M., the prosecutor's knew that I was telling the truth., and the State

already knew that they was intentionally and falsely convicting me "Allen B. Gims" a innocent man," the death of Mr. Robert H. Jones the State prosecutor's already knew that they was faking the jury and Mr. Robert Haywood Jones family onto me., this is why it is so important to and for this State of Texas prison official's to try and secretly put me to death, and this is why it is so so important that I recieve emergency U.S. Federal emergency assistance A.S.A.P.

I am not feeling well at all, because of whatever this is that they have put on me, not to mention that at the same time they're getting ready to still try to fake someone's death onto me.

I am in a prison cell, they just placed me in here on Sept the 16th, 2015, and this inmate is fense to go on the medical chain, to John Sealy hospital, any time this month, any time soon, and the State prison official's, is fense to put up another sick person in the cell with me, and they're going to try and give him a B-12 shot, to secretly put him to death, to try and fake it onto me, and if I try to move out of this cell, they wants to lock me up, for me trying to avoid them trying to set me up. this is credical

## Case No. #4:15-CV-02068

I am praying to GOD, and I am asking of you U.S. Federal Judge's at 301 Fannin St., to step in and assit in the help with emergency U.S. Federal assistance, in this U.S. magistate Judge's ruling, and also with a swift ruling considering the seriousness, and the facts of this situation., time is'nt on my side, because of whatever this is the State prison official's have put on me.

I Allen Bernard Gims, I am 100% innocent here in the case of this harris Co. Case No. #1262460, and the evidence here will prove it.

Please I am asking for you all to write me back A.S.A.P., with emergency U.S. Federal response, whatever this is that this State prison official's have put on me, that is now in my blood strein, it makes my heart hurt too., again time is'nt on my side, not even on the ruling, which I do not have a choice, the point that I am making is my body is breaking down real fast from whatever this is that these people put on me, that is in my blood.

Please respond back A.S.A.P., I am praying and asking of you U.S. Federal Judge's. Please! Please! Please. Allen B. Gims.

Allen B. Gims #1918395
The Polunsky Unit
3872 F.M. 350 South
Livingston, Texas

MAIL RECEIVED

TO: The U.S. District Court of Appeals
U.S. Clerk Mr. Christopher Prine
301 Fannin St
Houston, Texas

77002

77351

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

OCT 09 2015

CHRISTOPHER A. PRINE
CLERK

D/M'ed
Mon.
Oct./5ᵗʰ/115